UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **ANDREA GRUENKE**, | ) |
| | ) **Case No.: 1:15-cv-1194** |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **DTG OPERATIONS, INC. d/b/a THRIFY CAR RENTAL**, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT FOR INJUNCTIVE RELIEF AND ATTORNEY'S FEES**

**COMES NOW**, Plaintiff Andrea Gruenke, by counsel, complaining of Defendant DTG Operations, Inc. d/b/a Thrifty Car Rental, and states to this Court as follows:

**THE PARTIES AND NON-PARTIES**

1. Plaintiff Andrea Gruenke ("Gruenke") is an individual who resides and lives in Vigo County, Indiana.

2. Non-party Denise Norris ("Norris") is an individual, Gruenke's daughter, and resides and lives in Marion County, Indiana.

3. Defendant DTG Operations, Inc. d/b/a Thrifty Car Rental ("Thrifty Car Rental") is a private corporation with its state of incorporation in New Jersey and with an entity mailing address at 225 Brae Boulevard, Park Ridge, New Jersey 07656.

4. Thrifty Car Rental is "one of the largest car rental companies in the world" and operates both "corporately-owned and franchised stores" in the United States, including in Indiana, at "more than 1,000 locations".[1]

---

[1] *About Thrifty*, Thrifty.com, https://www.thrifty.com/AboutUs/content.aspx (last accessed on July 29, 2015).

5. Thrifty Car Rental maintains its corporate headquarters in Tulsa, Oklahoma with a mailing address at P.O. Box 33167, Tulsa, Oklahoma 74153 and a physical address at 5330 E. 31st St., Tulsa, Oklahoma 74153.

6. Thrifty Car Rental operates at least five (5) locations in Indiana, including at the Indianapolis International Airport in Indianapolis, Indiana, Fort Wayne International Airport in Fort Wayne, Indiana as well as in Goshen, Greenwood, and Carmel, Indiana.[2]

7. Thrifty Car Rental's registered agent in Indiana is CT Corporation System with an address at 150 W. Market St. Suite 800, Indianapolis, Indiana 46204.

8. At all times relevant, Thrifty Car Rental also maintained a location at 7135 Gilespie St., Las Vegas, Nevada 89119.

9. At each location, Thrifty Car Rental rents cars and other vehicles to individuals and companies.

10. At all times relevant, Thrifty Car Rental rented cars and other vehicles to individuals and companies throughout the United States at its 1,000+ locations, including those locations in Indiana and in Las Vegas, Nevada.

## JURISDICTION AND VENUE

11. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 because this litigation implicates the proper interpretation and application of the federal Americans with Disabilities Act ("ADA") which prohibit discriminations on the basis of disability by public accommodations.

---

[2] *Find a Location*, thrifty.com, https://www.thrifty.com/Locations.aspx (last accessed on July 29, 2015) (under "See all our locations in:" select the "Country" as "UNITED STATES", the "State" as "INDIANA"). It is unknown whether these specific locations are corporate-owned or franchisee locations.

12. Venue is proper under 28 U.S.C. § 1391 in that Thrifty Car Rental is an entity which resides within the Indianapolis Division of the Southern District of Indiana as it is subject to personal jurisdiction of this Court in the Indianapolis Division of the Southern District of Indiana.

**FACTUAL ALLEGATIONS**

13. At all times relevant, Gruenke was an individual with a "disability" as defined in 42 U.S.C. § 12102.

14. At all times relevant, Gruenke was substantially limited in the major life activities of walking and breathing.

15. At all times relevant, Gruenke had chronic obstructive pulmonary disease or COPD.

16. At all times relevant, Gruenke had an Indiana state-issued handicap placard which was issued by a competent doctor in Indiana based on her disability.

17. At all times relevant, the Thrifty Car Rental at 7135 Gilespie St., Las Vegas, Nevada 89119 was a place public accommodation and offered a good and service (i.e. car rental) that was a public accommodation.

18. On July 31, 2014, Gruenke flew to Las Vegas from Indianapolis with some of her family members, including Norris, for a vacation.

19. Upon arriving at McCarran International Airport in Las Vegas, Gruenke and her family members, including Norris, got their luggage.

20. After getting their luggage, Gruenke and her family members proceeded to the rental car center just off McCarran International Airport grounds.

21. Gruenke went to 7135 Gilespie St., Las Vegas, Nevada 89119 location of Thrifty Car Rental.

22. Gruenke previously reserved a vehicle with Thrifty Car Rental.

23. Gruenke and Norris proceeded to the service desk to obtain their vehicle with their reservation information.

24. Gruenke and Norris requested two drivers be listed for the vehicle because of Gruenke's disability without charge or cost for the second driver based on Gruenke's disability.

25. Thrifty Car Rental's policy was that a driver for a disabled individual cannot be charged for a second driver.

26. Said policy was to conform to law and the legal requirements relating to treatment of individuals with disabilities.

27. The Thrifty Car Rental representative at the service desk denied listing Norris as the second driver at no charge or cost based on Gruenke's disability.

28. The Thrifty Car Rental representative wanted Gruenke show proof of her disability to get the second driver at no charge or cost.

29. Gruenke showed her Indiana state-issued handicap placard to the Thrifty Car Rental representative.

30. The Thrifty Car Rental representative again denied listing Norris as the second driver at no charge or cost based on Gruenke's disability.

31. The Thrifty Car Rental representative stated that anybody can get a handicap placard and that Gruenke would need a letter from a doctor.

32. Gruenke ultimately paid the charge for the second driver just to get a vehicle.

33. Once Gruenke and Norris left the Thrifty Car Rental location, Norris called Thrifty Car Rental customer care or service number.

34. Norris asked whether an individual was required to show proof of disability.

35. The customer care or service number representative from Thrifty Car Rental indicated to Norris that require proof of disability in the form of a letter from a doctor was Thrifty Car Rental policy.

36. Later, Norris called again for clarification. The Thrifty Car Rental representative stated that they would have a manager review the situation.

37. To this date, neither Gruenke nor Norris have heard back from Thrifty Car Rental with regard to the situation.

38. Denying Gruenke a second driver without charge or cost based on her disability was not necessary for the operation of Thrifty Car Rental nor would have fundamentally altered the goods and service provided by Thrifty Car Rental.

39. Thrifty Car Rental still enforces a policy that proof of disability in the form of a letter from a doctor is required for a disabled individual to obtain a second driver without charge or cost.

40. Gruenke has incurred attorney's fees as a direct result of Thrifty Car Rental's actions.

## COUNT 1: VIOLATION OF THE AMERICANS WITH DISABILITIES ACT—PUBLIC ACCOMMODATIONS

41. Thrifty Car Rental denied Gruenke the full and equal enjoyment of the good, services, facilities, privileges, advantages, or accommodations based on her disability in violation of 41 U.S.C. § 12181 *et seq*.

42. Thrifty Car Rental continues to maintain and enforce a policy which denies similarly situated individuals, like Gruenke, the full and equal enjoyment of the good, services, facilities, privileges, advantages, or accommodations based on her disability in violation of 42 U.S.C. § 12181 *et seq*.

## PRAYER FOR RELIEF

43. Gruenke prays that a judgment be entered on her behalf and against Thrifty Car Rental on all counts of this complaint that:

   A. declares that Thrifty Car Rental conduct as alleged herein violates the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.* to the fullest extent of that law;

   B. awards Gruenke reasonable attorney's fees and litigation costs and expenses incurred in this and other matters initiated by Gruenke to hold Thrifty Car Rental liable and accountable for the conduct alleged herein under 42 U.S.C. § 12188(a)(1) and/or to the fullest extent of law;

   C. requires Thrifty Car Rental to become compliant with the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*; and,

   D. awards any and all other relief as this Court deems just and proper.

Dated: July 30, 2015                    Respectfully submitted,

*s/ Alex Beeman*
Andrea L. Ciobanu, #28942-49
Alex Beeman, #31222-49
CIOBANU LAW, P.C.
8910 Purdue Road, Suite 240
Indianapolis, IN 46268
Phone: (317) 495-1090
Fax: (866) 841-2071
Email: aciobanu@ciobanulaw.com
Email: abeeman@ciobanulaw.com