UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREA GRUENKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:15-CV-1194-WTL-DKL |
| DTG OPERATIONS, INC. d/b/a THRIFTY CAR RENTAL, | ) ) ) |
| Defendant. | ) ) |

## ORDER TO DISMISS WITH PREJUDICE

The parties having filed their Stipulation of Dismissal with Prejudice and the Court being duly advised, dismisses this case with prejudice, each party to bear their own costs.

SO ORDERED this 12th day of February, 2016.

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Tami A. Earnhart
Ice Miller LLP
tami.earnhart@icemiller.com

Andrea L. Ciobanu
Alex Beeman
Ciobanu Law, P.C.
aciobanu@ciobanulaw.com
abeeman@ciobanulaw.com